UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00466-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARIO RINCON-VALVERDES,

    Defendant.
_____

## ORDER
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, December 22, 2006,** and responses to these motions shall be filed by **Friday, December 29, 2006.**  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, January 4, 2007, at 4:00 p.m., in courtroom A-1002.**  It is

FURTHER ORDERED that a 2-day jury trial is set to commence **Tuesday, January 16, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated: November 21, 2006

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge